```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :         NOTICE OF
         - v. -                    :         INTENT TO FILE
                                   :         AN INFORMATION
NAJIR WILLIAMS,                    :
     a/k/a "Cartel,"               :         07 Cr.
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - x
```

**07CRIM1231**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         December 20, 2007

                                     MICHAEL J. GARCIA
                                     United States Attorney

                               By:   /s/ Avi Weitzman
                                     ─────────────────────
                                     Avi Weitzman
                                     Assistant United States Attorney


                                     AGREED AND CONSENTED TO:


                               By:   /s/ Philip Weinstein
                                     ─────────────────────
                                     Philip Weinstein, Esq.
                                     Attorney for Najir Williams

[Stamp: JUDGE RAKOFF]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/21/07]