```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :
                                  :       WAIVER OF INDICTMENT
NAJIR WILLIAMS,                   :
     a/k/a "Cartel,"              :       07 Cr.
                                  :
             Defendant.           :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c)(1)(A)(i) and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
NAJIR WILLIAMS

_____
Philip Weinstein, Esq. by SPSTRON
Attorney for Najir Williams

Witness: _____

Date:    New York, New York
         December 28, 2007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: DEC 28 2007]

[Stamp: JUDGE DANIELS]