JUL-21-2008 15:06    FEDERAL DEFENDER    212 571 0392    P.001/001

# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

July 15, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

**BY HAND**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The sentencing is scheduled for
August 20, 2008 at 10:15 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 2 2 2008

Re: **U.S. v. Najir Williams, a/k/a "Cartel"**
     **07 Cr. 1231(GBD)**

Dear Judge Daniels:

Mr. Williams pled guilty in November 2007 to a two-count indictment involving a drug conspiracy. A control date was set for September 11, 2008. However, I will be away from September 4th, 2008 to September 18th, 2008. Both the Government and the defense are prepared for an earlier sentencing date. Accordingly, we jointly request that sentencing be set for the morning of August 20th, 2008 or after 3:30 p.m. that day.

Respectfully submitted,

*Philip L. Weinstein*

PHILIP L. WEINSTEIN
Assistant Federal Defender

PLW/hcs

cc: USPO Chris Ferrall

    Mr. Najir Williams

TOTAL P.001