AUG-11-2008 13:07    USAO OF 2 T                           2126370412    P.01/01



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2008

BY FACSIMILE: (212) 805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

**SO ORDERED**

The sentencing is adjourned to September 9, 2008 at 9:30 a.m.

AUG 1 3 2008  *George B. Daniels*

HON. GEORGE B. DANIELS

Re:   United States v. Najir Williams,
      07 Cr. 1231 (GBD)

Dear Judge Daniels:

     The Government respectfully submits this letter to request an one-week adjournment of the defendant's sentencing, which is currently scheduled for August 20, 2008. The Government makes this request because it needs additional time to submit its sentencing letter in advance of the defendant's sentencing. I have conferred with defense counsel, Philip Weinstein, Esq., who consents to the Government's request. Both defense counsel and I are available to proceed with the sentencing of the defendant at the Court's convenience on August 26 or August 27, 2008, except Mr. Weinstein is unavailable on August 27, 2008, at 2:00 p.m.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Avi Weitzman
Assistant U.S. Attorney
(212) 637-1205

cc:   Philip Weinstein, Esq. (by facsimile: 212-571-0392)
      Attorney for Defendant

TOTAL P.01